1 Amy Spencer-Martyn (CASB#248069)
2201 Court Street
2 Redding, CA 96001
530-244-0300
3 530-244-0302 facsimile

4 ATTORNEY FOR DEBTOR

5

6                UNITED STATES BANKRUPTCY COURT

7                EASTERN DISTRICT OF CALIFORNIA

8

9 In re:   GARY ALLEN SCHUYLER          Case No. 2010-41832
                                            D.C. No. ASM-1
10
                                            Date: SEPTEMBER 14, 2010
11                                           Time: 9:30 AM
           Debtor.                         Courtroom: 35
12                                             Judge: CHRISTOPHER M. KLEIN

13

14                                             **DEBTORS' MOTION TO COMPEL**
                                            **ABANDONMENT OF TRUSTEE'S**
15                                             **INTEREST IN DEBTOR'S AUTO BODY**
                                            /    **REPAIR BUSINESS**
16

17

18       Debtor respectfully requests an order determining that the Chapter 7 Trustee, Garry L. Ness,

19 has no interest in Debtor's auto body repair business and that the Trustee's interest be deemed

20 abandoned. The grounds for relief are as follows:

21

22       1. Debtor Gary Allen Schuyler performs auto body repair, conducting his business at a single

23 rented/leased premises located at 43 Alta Ave B, Quincy, CA 95971. Debtor has filed his Schedule

24 B under penalty of perjury attesting to his belief that the business value is made up of ACCOUNTS

25 RECEIVABLE $800; AUTOBODY TOOLS & EQUIPMENT: TOOL BOXES, 2 EA. AIR

26 COMPRESSORS, 20' CONEX STORAGE CONTAINER, PAINT BOOTH (OLDER), TOOL

27 BOXES, PAINT GUNS, MISC AUTOBODY TOOLS $8,000; TOOL BOXES $3,500;

28 INVENTORY $1,000; for a total business value that should not exceed $13,300 and exempted same.

1   Debtor has approximately $7,780 remaining of his CCP703.140(b)(5) wildcard exemption available
2   in the event the business or its parts are determined to have a higher value or the business itself is
3   determined to have any marketable value. Mr. Schuyler does not believe any auto body repair person
4   would want to practice in his name.
5       Respectfully Submitted,
6
7   Date: 8/20/10    /s/ Amy Spencer-Martyn
                         Amy Spencer-Martyn, SBN 248069